428 A.2d 254

Kraskow, Appellant v. Levin et al.

Reargument Denied Aug. 18, 1980.

Argued December 5, 1979.   Morton B. Wapner, for appellant;  Matthew J. Ryan, III, for appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.